IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LUTHER BONNER
TENNIA BONNER                                                                                           PLAINTIFFS

VS.                                                                        CIVIL ACTION NO. 4:05CV67LN

POWE TIMBER COMPANY, ET AL                                                              DEFENDANTS

## ORDER OF DISMISSAL

Before the court for consideration is the motion of plaintiffs to dismiss with prejudice. Defendant Joslyn Manufacturing Company has responded and agreed that the case should be dismissed with prejudice, but that all costs should be assessed against plaintiffs. Plaintiffs have not further responded.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that this case be dismissed with prejudice and that all costs are assessed against plaintiffs.

ORDERED AND ADJUDGED this the 14th day of March, 2006.


/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE